IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NORTHERN GOLD HOLDINGS, LLC, | § § § | No. 465, 2023 |
| Defendant Below, Appellant, | § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | |
| REM OA HOLDINGS, LLC and SIFT FIXED US002, LLC, | § § | C.A. No. 2022-0582 |
| Plaintiffs Below, Appellee, | | |
| and | | |
| REM EQ HOLDINGS, LLC, | | |
| Nominal Defendant Below, Appellee. | | |

Submitted:  June 26, 2024
Decided:    July 5, 2024

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

This 5th day of July 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated September 20, 2023, Letter Decision dated October 19, 2023, and the Final Order and Judgment dated November 17, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice